# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JULIAN ARI SHULMAN,**

        Plaintiff,

        V.                  CASE NUMBER: **12-C-392**

**AMAZON.COM, Inc., SUSAN ARNETT,
KIRSTEN MITCHELL, JOHN DOES I-XXV,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion to dismiss for lack of personal jurisdiction is GRANTED.**

This action is hereby **DISMISSED.**

  **June 19, 2012**                             **JON W. SANFILIPPO**
Date                                            Clerk

                                                      s/ Jacki L. Koll
                                                      (By) Deputy Clerk