

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



2012 JUL 23 P 12:21

Julian Ari Shulman
W4224 Kiekhaefer Parkway
Fond du Lac, WI 54937,
on his own behalf and on behalf of all
others similarly situated,

      Plaintiff,

vs.

Case No. 2:12-cv-00392-RTR

Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226,

Susan Arnett
c/o Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226,

Kirsten Mitchell
c/o Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226,

Does I through XXV,
Officers, Agents and /or Managers
of Amazon.com Inc.
c/o Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226,

      Defendants.

**PLAINTIFF'S MOTION FOR RELIEF FROM ORDER OF DISMISSAL**

The Plaintiff respectfully moves to have the order of dismissal reversed because Defendant's counsel failed to include in their motion to dismiss for lack of personal jurisdiction any mention of Defendant Amazon.com's partnership with Wisconsin Public Radio. This Motion is based upon Rule 60(b)(2) of the Federal Rules of Civil Procedure, upon all supporting memoranda and documents filed and served in accordance with Civil Local Rule 7, and upon all the files, records, and proceedings herein.

Respectfully Submitted,

Dated this 18'th day of July, 2012.
By:

Julian Ari Shulman
julianshulman@yahoo.com
W 4224 Kiekhaefer Parkway
Fond du Lac, WI
54937
Telephone: 779-423-4560
**PLAINTIFF**
**pro se**