Julian Ari Shulman
W4224 Kiekhaefer Parkway
Fond du Lac.WI 54937,
on his own behalf and on behalf of all
others similarly situated,

    Plaintiff,

vs.                                                  Case No. 2:12-cv-00392-RTR

Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226,

Susan Arnett
c/o Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226,

Kirsten Mitchell
c/o Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226,

Does I through XXV,
Officers, Agents and /or Managers
of Amazon.com Inc.
c/o Amazon.com, Inc.
P.O. Box 81226
Seattle, WA 98108-1226,

    Defendants.

## PLAINTIFF'S EXHIBIT A IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM ORDER OF DISMISSAL

you who, in Whitman's words, have taught me how "to listen to all sides and filter them from myself." It is you who have taught me to trust who we are and what we do together on the radio, to depend on your collective genius. It is you who have brought me into the company of strangers I now have the great privilege to call my friends.

Read the full text of Jean's letter and share your appreciation of Jean and *Here on Earth* in the comments section.

## Annual Santa Call-In this Friday on Larry Meiller



Signs of Santa magically appear at this time each year in Larry Meiller's studio at WPR.

Santa Claus returns to WPR airwaves this Friday for his annual interview and call-in show with Larry Meiller. It isn't easy to schedule an interview with Santa, especially so close to Christmas, but according to Meiller, working with the famous philanthropist is a joy. "I love working with Santa because he never seems to have a bad day. He and his elf have a lot on their plates, but they are still happy to take calls and talk with Wisconsin's children," noted Meiller.

Meiller has been hosting a daily talk show on WPR for more than 35 years. Most days, the callers to his show are adults asking questions about environmental and consumer issues, gardening and helpful "how-to" topics, but this Friday, the show is focused on children.

Kids can call and talk to Santa by dialing 1-800-642-1234 during the live broadcast, Friday, December 23 from 11am to 12:30pm on the Ideas Network.

## Watch WPR on Wisconsin Public Television



Thanks to WPT, you can watch members of University Theater perform H.G. Wells' *Time Machine*, originally broadcast on WPR, and a

If you've ever wondered what Wisconsin Public Radio looks like, here's a rare opportunity to watch us work, thanks to our friends at Wisconsin Public Television (WPT). This September, WPT video-taped two WPR productions at the first Wisconsin Science Festival on

## in Their Own Voices

The American flag has been put away. President Obama says all combat forces will be out by December 31.

Now, through the end of the year, WPR's *To the Best of Our Knowlege* is bringing you the voices of people who have served in Iraq over the past eight years.

Visit TTBOOK.org to listen to archived interviews from their "Boots on the Ground" series.



### Amazon Affiliates Program

We encourage you to support your locally-owned businesses (including our underwriters). We also know that more and more of us are shopping for certain items online.

WPR is proud to announce our new affiliate relationship with Amazon.com. If you shop at Amazon.com, simply start your product search with the "shop box" on the homepage of WPR.org.

You can start your product search from this link too.

You get the regular Amazon.com prices and Wisconsin Public Radio receives a small referral fee that helps support the programs you love.

Dated this 18'th day of July, 2012

_____

Julian Ari Shulman
julianshulman@yahoo.com
W 4224 Kiekhaefer Parkway
Fond du Lac, WI
54937
Telephone: 779-423-4560
**PLAINTIFF**
**pro** se