# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JULIAN ARI SHULMAN,**

               Plaintiff,

         -vs-                                              **Case No. 12-C-392**

**AMAZON.COM, Inc., SUSAN ARNETT,
KIRSTEN MITCHELL, JOHN DOES I-XXV,**

               Defendants.

## DECISION AND ORDER

On June 19, 2012, the Court dismissed this matter for lack of personal jurisdiction. Since that time, the plaintiff, Julian Shulman, has filed a constant barrage of post-judgment motions; none of them have had any substantive merit, including his most recent motion that is currently pending before the Court.

Mr. Shulman has crossed the line into frivolous and vexatious filings, wasting the scarce resources of the judicial system and needlessly increasing the costs of litigation. The Court agrees with the defendants that Mr. Shulman should be sanctioned for his behavior. *Alexander v. United States*, 121 F.3d 312, 316 (7th Cir. 1997) ("Courts have inherent powers to protect themselves from vexatious litigation") (citing *Chambers v. NASCO, Inc.*, 501 U.S. 32 (1991)). Mr. Shulman is also warned that if he continues to file frivolous motions, he may be subject to a filing bar. *McReady v. eBay, Inc.*, 453 F.3d 882, 892 (7th Cir. 2006) ("When dealing with a frivolous litigator who, despite due warning or the imposition of sanctions,

continues to waste judicial resources, we impose a filing bar preventing the litigant from filing in this court or any federal court in this circuit").

**IT IS HEREBY ORDERED THAT** Shulman's motion for relief from judgment [ECF No. 41] is **DENIED**.

**IT IS FURTHER ORDERED THAT** Shulman is **ORDERED** to pay the defendants' attorneys' fees incurred in response to this motion.

Dated at Milwaukee, Wisconsin, this 15th day of February, 2013.

                                        **BY THE COURT:**

                                        */s/ Rudolph T. Randa*
                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**